IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 1120 INDUSTRIAL BOULEVARD, INC.<br>t/a 1120 INDUSTRIAL BOULEVARD<br>ASSOCIATES | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| APRIA HEALTHCARE, INC. | : <br> : | NO. 14-2653 |
| 1120 INDUSTRIAL BOULEVARD, INC.<br>t/a 1120 INDUSTRIAL BOULEVARD<br>ASSOCIATES | : <br> : <br> : <br> : | |
| v. | : <br> : | |
| APRIA HEALTHCARE, INC. | : | NO. 14-2953 |

## ORDER

**AND NOW**, this 6th day of August, 2014, upon consideration of the Motion to Dismiss (Document No. 18) and the defendant's response, it is **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　 /s/Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.